# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                                                                 **Case Nos. 15-C-1252**
                                                                              **02-CR-199**

**THOMAS P. VITRANO,**

    Defendant.

## DECISION AND ORDER

Thomas Vitrano filed a motion to correct a clerical error in his judgment, and also an emergency motion for immediate release. Vitrano contends that his release date, as calculated by the Bureau of Prisons, is incorrect. Vitrano also filed a petition for a writ of mandamus. The Seventh Circuit denied his petition, reasoning as follows: "The calculation of a sentence may be challenged by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in the district of confinement after exhausting any administrative remedies." *Vitrano v. Randa*, No. 15-3716, Docket entry No. 2 (citing *Clemente v. Allen*, 120 F.3d 703, 705 (7th Cir. 1997) and *Carnine v. United States*, 974 F.2d 924, 927 (7th Cir. 1992)).

For the same reasons, Vitrano's motions [ECF Nos. 8, 9] are **DENIED**.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2016.

BY THE COURT:

_____
HON. RUDOLPH T. RANDA
U.S. District Judge